IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND MAINOR,  :  Civil No. 3:18-cv-1542
    Petitioner  :
       :  (Judge Mariani)
v.  :
       :
WARDEN, FCC ALLENWOOD LOW,  :
    Respondent  :

## ORDER

**AND NOW**, this _16th_ day of November, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. Petitioner's motion for release (Doc. 15) is **DENIED**.

3. Petitioner's motion to supplement (Doc. 16) his habeas petition is **DENIED without prejudice**.

4. The Clerk of Court is directed to **CLOSE** this case.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge